UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:                                       CASE NO.  09-34560-BKC-RAM
SAHER M ABDULHADI
CHERIE M ABDULHADI

CHAPTER 13

NOTICE OF DEPOSIT OF FUNDS WITH THE
U.S. BANKRUPTCY COURT CLERK

NOTICE IS HEREBY GIVEN THAT:

(XX) The trustee has a balance of $ 4,274.05 remaining in her bank account which represents unpresented checks drawn and mailed to debtor(s)/ creditor(s) in the above named case. Your trustee has made a good faith effort to verify the correct mailing address for said debtor(s)/Creditor(s) and deliver the funds before presenting this notice. More than sufficient time has passed for these checks to be presented for payment, or the creditor has returned funds indicating they refuse the funds.

( ) The trustee has a balance of $    .00   remaining in her bank account which represents small dividends as defined by FRBP 3010.

Attached and made a part of this notice is a list, pursuant to FRBP 3011, of the names, Claim numbers and addresses of the debtor(s)/creditor(s) and the amounts to which they are entitled.

WHEREFORE, your trustee hereby gives notice that the above stated sum has been deposited with the Clerk of the U. S. Bankruptcy Court, Southern District of Florida, to effect closing of this estate.

Date: 9-29-15

NANCY K. NEIDICH
CHAPTER 13 TRUSTEE

Copies to:

SAHER M ABDULHADI
CHERIE M ABDULHADI
9955 SW 84 ST
MIAMI, FL 33173

MICHAEL A. FRANK, ESQUIRE
UNION PLANTERS BNK BLDG #620
10 NW LEJEUNE RD
MIAMI, FL 33126-5431

SVF KENDALL MIAMI, LLC
%WADSWORTH HUOTT, LLP
200 SE 1 ST #1100
MIAMI, FL 33131

U.S. Trustee
51 S. W. 1st Avenue
Miami, Florida 33130

```
              UNITED STATES BANKRUPTCY COURT
                SOUTHERN DISTRICT OF FLORIDA


IN RE:                             CASE NO.   09-34560-BKC-RAM
SAHER M ABDULHADI
CHERIE M ABDULHADI

                                   CHAPTER 13


 SAHER M ABDULHADI
 CHERIE M ABDULHADI
 9955 SW 84 ST
 MIAMI, FL 33173


 MICHAEL A. FRANK, ESQUIRE
 UNION PLANTERS BNK BLDG #620
 10 NW LEJEUNE RD
 MIAMI, FL 33126-5431

 SVF KENDALL MIAMI, LLC           --------$       4,274.05
 %WADSWORTH HUOTT, LLP
 200 SE 1 ST #1100                     UNDELIVERABLE/STALE
 MIAMI, FL 33131                       CLAIM REGISTER# 17

 U.S. Trustee
 51 S.W. 1st Avenue
 Miami, Florida 33130
```